**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22647-CIV-ALTONAGA/Reid**

**CATHOLIC CHARITIES LEGAL**
**SERVICES, ARCHDIOCESE OF**
**MIAMI, INC.,**

      Plaintiff,

v.

**FRANK BISIGNANO**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On July 9, 2025, the Court entered an Order Administratively Closing Case [ECF No. 10], requiring the parties to file a stipulation of dismissal within 90 days of the Order. (*See id.*). The parties requested two extensions (*see* [ECF Nos. 16, 18]), which the Court granted (*see* [ECF Nos. 17, 19]). Despite these extensions, to date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply.

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 30th day of January, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record